IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **OPTICAL MEMORY STORAGE, LLC**<br><br>                                    Plaintiff,<br><br>v.<br><br>**CMC MAGNETICS CORP.,**<br>**HOTAN CORP.,**<br>**FUJIFILM HOLDINGS CORP.,**<br>**FUJIFILM HOLDINGS AMERICA CORP.,**<br>**FUJIFILM NORTH AMERICA CORP.,**<br>**f/k/a FUJIFILM U.S.A., INC.,**<br>**FUJIFILM RECORDING MEDIA U.S.A., INC.,**<br>**HEWLETT-PACKARD CO.,**<br>**IMATION CORP.,**<br>**MOSER BAER INDIA LIMITED,**<br>**RITEK CORP.,**<br>**ADVANCED MEDIA, INC.,**<br>**KONINKLIJKE PHILIPS ELECTRONICS N.V.,**<br>**PHILIPS ELECTRONICS NORTH AMERICA CORP.,**<br>**PANASONIC CORP.,**<br>**PANASONIC CORP. OF NORTH AMERICA,** and<br>**WAL-MART STORES, INC.,**<br><br>                                    Defendants. | Civil Action No. 2:11-cv-13110<br><br>**JURY TRIAL DEMANDED** |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Optical Memory Storage, LLC ("OMS"), hereby dismisses its claims in the above-captioned lawsuit against Defendants CMC Magnetics Corp., Hotan Corp., Fujifilm Holdings Corp., Fujifilm Holdings America Corp., Fujifilm North America Corp., F/K/A Fujifilm U.S.A., Inc., Fujifilm Recording Media U.S.A., Inc., Hewlett-Packard Co., Imation

Corp., Moser Baer India Limited, Ritek Corp., Advanced Media, Inc., Koninklijke Philips Electronics N.V., Philips Electronics North America Corp., Panasonic Corp., Panasonic Corp. Of North America, and Wal-Mart Stores, Inc., without prejudice.  No Defendant has answered or served a motion for summary judgment.

Dated:  October 3, 2011                     Respectfully submitted,

By: /s/ *Timothy E. Grochocinski*
Timothy E. Grochocinski
Anthony G. Simon
The Simon Law Firm, PC
800 Market Street, Suite 1700
Saint Louis, Missouri 63101
Tel:  (314) 241-2929
Fax:  (314) 241-2029

*Attorneys for Plaintiff Optical Memory Storage, LLC*

.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document (including any attachments) has been served on October 3, 2011 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Timothy E. Grochocinski*
Timothy E. Grochocinski